[No. 3003-1.    Division One.    February 10, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN L. GILCRIST, *Defendant*, MICHAEL R. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6547, Alfred O. Holte, J., entered May

6, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.